UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHARLES R. HINE,

                Plaintiff,

v.                                           No. 1:04-CV-0476
                                                (NAM/DRH)

HEWLETT-PACKARD COMPANY, ET AL,

                Defendants
_____

APPEARANCES:                                    OF COUNSEL:

Iseman, Cunningham Law Firm             BRIAN M. CULNAN, ESQ.
9 Thurlow Terrace
Albany, NY 12203

Wilson, Elser Law Firm                      PETER A. LAURICELLA, ESQ.
677 Broadway - 9th Floor
Albany, NY 12207-2996

**NORMAN A. MORDUE, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

       Pursuant to the status report filed on November 15, 2006, by attorney Culnan, that the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

       It is therefore hereby

       ORDERED, as follows:

       1)       This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within **30 days** from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated: November 17, 2006
      Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge